ch. 210, eff. March 21, 1945.) This was negligence (*Martin* v. *Herzog*, 228 N. Y. 164, 168; *Homin* v. *Cleveland & Whitehill Co.*, 281 N. Y. 484) which, considered in connection with the blowout, and the number of times which the car turned over after the blowout, supports the finding of the jury that plaintiff's injuries were proximately caused by defendant's negligence. All concur. (The judgment is for plaintiff and against defendant Picone, and by direction of the court, in favor of defendant Picone over against defendant Mantione for the same amount, in an automobile negligence action.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

AGATHA AUGEROT, Respondent, v. LOBLAW GROCETERIAS, INC., Appellant.— Judgment and order affirmed, with costs. All concur, except Taylor, P. J., who dissents and votes for reversal and for granting a new trial on the ground that the verdict is against the weight of evidence. (The judgment is for plaintiff in a negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

FRANK AUGEROT, Respondent, v. LOBLAW GROCETERIAS, INC., Appellant.— Judgment and order affirmed, with costs. All concur, except Taylor, P. J., who dissents and votes for reversal and for granting a new trial on the ground that the verdict is against the weight of evidence. (The judgment is for plaintiff in a negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

JOSEPHINE TAROLLI, Respondent, v. TOWN OF GEDDES et al., Appellants.— Order affirmed, with $10 costs and disbursements, with leave to the appellants to answer within ten days after service of a copy of the order herein with notice of entry thereof. All concur. (The order denies defendants' motion to dismiss the complaint in an action for a declaratory judgment declaring a zoning ordinance to be unreasonable, unconstitutional and void, and restraining the enforcement thereof as to plaintiff's property.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

In the Matter of EMIL V. HEGYI et al., as Stockholders of Twentieth Century Valve Corporation, Inc., Appellants, against TWENTIETH CENTURY VALVE CORPORATION, INC., et al., Respondents.— Order affirmed, with $10 costs and disbursements. All concur. (The order grants defendants' motion to dismiss the petition and dissolves the restraining order in a proceeding to annul a resolution of the board of directors of defendant corporation which declined to exercise an option to purchase shares of stock.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

SYBEL D. BENEDICT, Individually and as a Stockholder of T. N. Benedict Mfg. Co., Suing on Behalf of Herself and All Other Stockholders Similarly Situated and in the Right of Said Company, Plaintiff, v. T. N. BENEDICT MFG. Co. et al., Defendants. In the Matter of the Application of SYBEL D. BENEDICT, Appellant. MYRON S. MELVIN et al., Individually and as Copartners Doing Business under the Name of MELVIN & MELVIN, Attorneys and Counsellors at Law, Respondents.— Judgment affirmed, with costs. All concur. (The judgment awards defendants Melvin attorneys' fees, and impresses a lien on petitioner's stock for that amount.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

SYRACUSE SAVINGS BANK, Appellant, v. YORKSHIRE INSURANCE Co., LTD., Respondent, et al., Defendants.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an action under a fire insurance policy.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.